UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY MILFORD, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELITE PROMO INC.,<br><br>    Defendants. | Case No. 24-cv-04284-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/31/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  3/14/2025

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/27/2025.

DESIGNATION OF EXPERTS: 7/11/2025; REBUTTAL: 7/25/2025;
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/8/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/29/2025;
  Opp. Due: 9/12/2025; Reply Due: 9/19/2025;
  and set for hearing no later than 10/3/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  10/21/2025
PRETRIAL CONFERENCE DATE: 11/4/2025 at 1:30 PM.

JURY TRIAL DATE: 11/17/2025 at 8:30 AM.
  Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 28, 2025

_____
SUSAN ILLSTON
United States District Judge